[No. 1742-3.    Division Three.    May 12, 1976.]

*In the Matter of the Welfare of* JANET K. RANDLES.
KEVIN RANDLES, ET AL, *Petitioners*, v. THE SUPERIOR COURT
FOR SPOKANE COUNTY, *Respondent.*

Certiorari to review a judgment of the Superior Court for Spokane County, No. J-21943, Del Cary Smith, Jr., J., entered October 22, 1975. *Denied* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 2923-1.    Division One.    May 17, 1976.]

LAKESIDE PUMP & EQUIPMENT CO., INC., *Appellant*, v.
LAKESIDE PUMP & EQUIPMENT MANUFACTURING CO., INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 111673, Daniel T. Kershner, J., entered March 8, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Callow, J.

[No. 3725-1.    Division One.    May 17, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMEON DOUGLAS
OMEHA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70996, Ward Roney, J., entered March 14, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Callow and Andersen, JJ.

[No. 3854-1.    Division One.    May 17, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAUDE TRUMAN
ROSENBURG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 71145, Janice Niemi, J., entered April 18, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson and Callow, JJ.